Cocoa Trading Corporation, Appellant, *v.* Bayway Terminal Corporation et al., Respondents.

Argued February 24, 1943; decided April 8, 1943.

*Benjamin Feldstein* for appellant.

*David A. Ticktin* and *Milton Adler* for A. Pines & Son, Inc., *amicus curiae,* in support of appellant.

*Henry Epstein, Ralph Wolf* and *Caspar B. Ughetta* for respondents.

*Ludwig Teller* and *Robert E. Tinsley* for 150 West 30th Street, Inc., *amicus curiae,* in support of respondents.

Order affirmed, with costs, and question certified answered in the negative. No opinion. (See 290 N. Y. 865.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.